IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

vs.          Case No. 3:04cr184 (3)

CORWYN HARRIS,     JUDGE WALTER HERBERT RICE

  Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME; DEFENDANT CONTINUED ON SUPERVISED RELEASE, SUBJECT TO CERTAIN CONDITIONS; ALLEGATION NUMBER ONE, SET FORTH IN THE ORIGINAL PETITION, BUT NOT ADDED TO THE AMENDED SUCH, DENIED, AND IS DEEMED TO REMAIN PENDING, SUBJECT TO CERTAIN CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On November 17, 2011, the Defendant appeared in open Court and admitted to Allegations Two and Three of the Amended Petition, directing him to show cause why his supervised release, a status that began April 25, 2008, should not be revoked. The Court accepted said admissions and, accordingly, found Defendant in violation of that supervised release. Based upon the record made in open Court on said November 17, 2011, the Defendant's supervised release was not revoked; rather, the Defendant was continued on supervised release, subject to

all the presently undischarged conditions of supervision, plus the additional condition that he is not to be in and around the apartment inhabited by the alleged victim of the domestic violence charge pending in the local courts.

Said domestic violence charge is the subject of the sole allegation set forth in the original Petition, to which the Defendant has entered a denial. Should the county prosecuting attorney move forward with that domestic violence charge, the Probation Officer is to notify the Court and file an updated, amended Petition. Said allegation is to remain pending, with the Court noting that Defendant has denied the allegation. If the state does not move forward, prior to the Defendant's expiration of his supervised release, said allegation will be dismissed.

Following the above, the Defendant was orally explained his right of appeal and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

December 21, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Melissa Stidham, USPO